UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2024
```

UNITED STATES OF AMERICA,

       -against-

LARRY RAMOS,

       Defendant.

23-cr-554 (MKV)

ORDER SCHEDULING BAIL REVOCATION HEARING

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties and the Pretrial Services Officer shall appear for a bail revocation hearing on March 13, 2024 at 2:00 p.m. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

    IT IS FURTHEER ORDERED that by March 11, 2024 at noon, the parties shall file letters stating their positions on whether the defendant's bail should be revoked and the defendant should be detained on March 13, 2024.

**SO ORDERED.**

Date: **March 8, 2024**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**