UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>LARRY RAMOS,<br><br>Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/19/2024<br><br>23-cr-554 (MKV)<br><br>ORDER SCHEDULING<br>BAIL REVOCATION<br>HEARING |

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ODERED that the parties and the Pretrial Services Officer shall appear for a bail revocation hearing on May 9, 2024 at 10:30 a.m.

**SO ORDERED.**

**Date: April 19, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**