# INGA L. PARSONS
## CHRISTIAN J. URBANO*
### (of Counsel)

| Admitted to MA* NY WY | Attorneys at Law | Tel: 781-581-2262 |
| Federal Courts | 3 Bessom St. No. 234 | Fax: 888-406-9538 |
| U.S. Supreme Court | Marblehead, MA 01945 | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                              Christian@IngaParsonsLaw.com

BY ECF

May 3, 2024

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __5/6/2024__

Honorable Mary Kay Vyskocil
United States District Judge
United State District Court
500 Pearl Street
New York, NY 10007

> This request to delay the bail revocation hearing is DENIED. It will take place as scheduled on May 9, 2024 at 10:30 a.m.
>
> Date: May 6, 2024
> New York, New York
>
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

**Re:** *United States v. Larry Ramos*

Dear Judge Vyskocil:

I am appointed counsel for Larry Ramos. I write to request that the bail hearing scheduled for May 9th, 2024 be combined with the Suppression Hearing scheduled for May 29th, 2024.

Larry had his psychiatric evaluation on April 30, 2024. Dr. Paradis has asked for two weeks from today to complete her report. The additional time to May 29th would give Dr. Paradis time to complete her report and time for the parties and the Court to receive and review a copy prior to the determination of bail. We submit Dr. Paradis' report will greatly inform the Court as to the bail issues.

The government has advised that given the record the government would object and will be seeking remand based on the five bail violation memoranda.

Respectfully submitted,

/s/ *Inga L. Parsons*

Inga L. Parsons

Cc:   AUSA Li (by ECF)
      USPO Veneable (by email)