UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/9/24
```

UNITED STATES OF AMERICA,

-against-

LARRY RAMOS

Defendant.

1:23-cr-554 (MKV)

**ORDER**

**MARY KAY VYSKOCIL,** United States District Judge

    IT IS HEREBY ORDERED that the defendant be remanded to the custody of the United States Marshal.

**SO ORDERED.**
**MAY 9th, 2024**

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE