# INGA L. PARSONS
## CHRISTIAN J. URBANO*
### (of Counsel)

| | | |
|---|---|---|
| Admitted to MA* NY WY | Attorneys at Law | Tel: 781-581-2262 |
| Federal Courts | 3 Bessom St. No. 234 | Fax: 888-406-9538 |
| U.S. Supreme Court | Marblehead, MA  01945 | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                         Christian@IngaParsonsLaw.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 9/12/2024

**BY ECF**

September 12, 2024

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   *United States v. Larry Ramos*, 23-cr-554 (MKV)

Dear Judge Vyskocil:

I am again following up on the joint motion to extend the time to file the status report which is currently due on Friday September 13, 2024 where I have requested the status report be due on September 23, 2024.  I submit this letter to advise the court that the government consents to the extension by AUSA Alexander Li who is still on trial.

Thank you for your time and consideration in this matter.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

cc:  All counsel of record via ECF

> **Granted. SO ORDERED.**
>
> Date: September 12, 2024          /s/ Mary Kay Vyskocil
> New York, New York                    Mary Kay Vyskocil
>                                                         United States District Judge