UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2024
```

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | 1:23-cr-554 (MKV) |
| LARRY RAMOS, | ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

On December 19, 2024, the Court held an evidentiary hearing on Defendant's motion to suppress certain evidence. The defense requested leave to submit a post-hearing memorandum. Accordingly, IT IS HEREBY ORDERED that any post-hearing memoranda shall be filed no later than January 7, 2025.

**SO ORDERED.**

Date: **December 19, 2024**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**