# INGA L. PARSONS
## CHRISTIAN J. URBANO*
### (of Counsel)
### Attorneys at Law
### 3 Bessom St. No. 234
### Marblehead, MA  01945

Admitted to MA* NY WY  
Federal Courts  
U.S. Supreme Court  

Tel: 781-581-2262  
Fax: 888-406-9538  
Cell: 781-910-1523  

Inga@IngaParsonsLaw.com          Christian@IngaParsonsLaw.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:   1/7/2025

**Granted. SO ORDERED.**

Date: Jan. 7, 2025  
New York, New York

*/s/ Mary Kay Vyskocil*  
Mary Kay Vyskocil  
United States District Judge

**BY ECF**

January 6, 2025

The Honorable Mary Kay Vyskocil  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY  10007

Re:    *United States v. Larry Ramos*, 23-cr-554 (MKV)

Dear Judge Vyskocil:

The post suppression hearing memoranda are currently due January 7, 2024.  I am teaching at Harvard Law this week.  I have been asked to fill in and do a presentation tomorrow and was just advised that the faculty dinner that has always been held on Thursday of the teaching week has been moved to tomorrow, Tuesday January 7th.

I had expected to be able to use this time to finish up my memorandum.  As a result, I respectfully request that the memoranda be due by noon on January 8, 2024.  AUSA Getzel Berger has no objection to this request as apparently AUSA Li is currently on trial.

Thank you for your time and consideration in this matter.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

cc:  All counsel of record via ECF