UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>LARRY RAMOS,<br><br>                    Defendant. | 1:23-cr-24 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the pretrial conference is ADJOURNED to February 5, 2025 at 11:30 a.m.

**SO ORDERED.**

Date: **February 3, 2025**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**