```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-   1:23-cr-24 (MKV)

LARRY RAMOS,   ORDER

Defendant.

MARY KAY VYSKOCIL, United States District Judge:

On February 5, 2025, the Court held the Final Pretrial Conference in this matter. IT IS HEREBY ORDERED that, as discussed at the conference, by 5:00 p.m. tomorrow, February 6, 2025, the parties shall file: with regard to the voir dire script, any objections, an updated list of all trial team members who will appear at the trial, and lists of names and places to be included in the voir dire; any stipulations or a letter informing the Court that there are no stipulations; and any arguments for a special verdict form and about the proposed jury instruction regarding whether the jury must be unanimous as to which firearm or ammunition the defendant possessed. The defense must also submit a proposed clothing order by 5:00 p.m. tomorrow.

IT IS FURTHER ORDERED that, with regard to the trial schedule, the parties shall appear in Courtroom 18C at **9:30 a.m.** on Monday, February 10, 2025.

**SO ORDERED.**

**Date: February 5, 2025**              *Mary Kay Vyskocil*
**New York, NY**                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**