UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2025
```

UNITED STATES OF AMERICA,

v.

LARRY RAMOS,

         *Defendant*.

23-CR-00554 (MKV)

Upon the application of Larry Ramos, by his attorney, Inga L. Parsons, it is hereby Ordered that the Metropolitan Detention Center/Bureau of Prisons (MDC/BOP) is directed to accept the following clothing for LARRY RAMOS, Federal Register Number 81971-510, to wear at his trial, commencing with jury selection on Monday, February 10, 2025, and continuing for two to three days to completion:

- 1 suit jacket
- 1 pairs of pants
- 2 shirts
- 1 necktie
- 1 pair of shoes
- 2 pairs of socks
- 2 undershirts

Dated: New York, New York
      February  6 , 2025

So Ordered

_____
Hon. Mary Kay Vyskocil
United States District Judge