**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2025
```

July 28, 2025

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *United States v. Larry Ramos,*
      23-cr-554 (MKV)

Dear Judge Vyskocil:

    I represent Larry Ramos in the above matter. Mr. Ramos' sentencing is currently scheduled for August 13, 2025. I respectfully request an adjournment of 30 days, until September 12, 2025. This request is necessary as the final Presentence Report has not yet been filed.

    This is Mr. Ramos' second request for a sentencing adjournment. The government, through A.U.S.A. Getzel Berger, has been informed of this request and has no objection.

    Therefore, I respectfully request a sentencing adjournment of an additional 30 days until September 12, 2025, or a time convenient to the Court.

Respectfully submitted,

*/s/ Meredith S. Heller*
Meredith S. Heller

Cc:  A.U.S.A. Getzel Berger (via ECF)

---

**Granted. SO ORDERED.** The sentencing is ADJOURNED to September 18, 2025 at 11:00 a.m.

Date: July 29, 2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge