```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

\----------------------------------------x
:
UNITED STATES OF AMERICA                 :
:
    -against-                        :          **ORDER**
:
:
:
:                    _____
:                       Docket #
\----------------------------------------x


_____, **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.
                              Attorney's Name

                                    **SO ORDERED.**

                                  */s/ Mary Kay Vyskocil*
                                **UNITED STATES DISTRICT JUDGE**


**Dated:** **October 7, 2025**
       **New York, New York**